ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 05 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>ELLIOTT OWEN SCHROER | Criminal Indictment<br><br>No. 2:26-CR-0020 |

THE GRAND JURY CHARGES THAT:

**Count One**
*Threats by Interstate Communication*

On or about April 3, 2026, in the Northern District of Georgia, the defendant, ELLIOTT OWEN SCHROER, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure former Department of Homeland Security Secretary Kristi Noem; that is, the defendant posted a message on X that called for violence against former Secretary Noem, which included, but was not limited to: "I will stab your eyes out with a dull knife"; "i will blow your esophagus out the back of your neck with a 12 gauge slug"; and "we will put your head on a stake."

All in violation of Title 18, United States Code, Section 875(c).

## Count Two
*Threats to Former United States Official*

On or about April 3, 2026, in the Northern District of Georgia, the defendant, ELLIOTT OWEN SCHROER, did knowingly threaten to assault, kidnap, and murder a former United States official, that is, former Department of Homeland Security Secretary Kristi Noem, with intent to retaliate against former Secretary Noem on account of the performance of her official duties during the term of her service.

All in violation of Title 18, United States Code, Section 115(a)(2).

## Count Three
*Threats by Interstate Communication*

On or about April 3, 2026, in the Northern District of Georgia, the defendant, ELLIOTT OWEN SCHROER, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure former Attorney General Pamela Bondi; that is, the defendant posted a message on X that called for violence against former Attorney General Bondi that stated: "were going to kill you Pam."

All in violation of Title 18, United States Code, Section 875(c).

## Count Four
*Threats to Former United States Official*

On or about April 3, 2026, in the Northern District of Georgia, the defendant, ELLIOTT OWEN SCHROER, did knowingly threaten to assault, kidnap, and murder a former United States official, that is, former Attorney General Pamela

2

Bondi, with intent to retaliate against former Attorney General Bondi on account of the performance of her official duties during the term of her service.

All in violation of Title 18, United States Code, Section 115(a)(2).

A ___True___ BILL

___FOREPERSON___

THEODORE S. HERTZBERG
  *United States Attorney*

JENNIFER KEEN
  *Assistant United States Attorney*
Georgia Bar No. 231778

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3